UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire
106 Hickory Court
Mullica Hill, NJ 08062
(856) 451-7600
(JM5998)
Chapter 7 Trustee

In Re:

Sufiyyah Sakinah Baasit-Jeffries

Case No.: 26-14697/JNP

Judge: Jerrold N. Poslusny

Chapter: 7

Recommended Local Form: ☑ Followed ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Joseph D. Marchand, Esquire, is the (check all that apply):

☑ Trustee: ☑ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of ________________________

2. The applicant seeks to retain the following professional Joseph D. Marchand to serve as (check all that apply):

☑ Attorney for: ☑ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ________________________

❐ Accountant for: ❐ Trustee ❐ Debtor-in-possession

❐ Official Committee of ___________________________

❐ Other Professional:

❐ Realtor ❐ Appraiser ❐ Special Counsel

❐ Auctioneer ❐ Other (specify):____________________

3. The employment of the professional is necessary because:
Trustee has determined that he needs assistance in the investigation of debtor(s) affairs and that there may be assets to liquidate and creditor(s) claims to establish.

4. The professional has been selected because:
(a) The professional is experienced in bankruptcy matters; (b) it is in the best interest of the estate and its economical administration.

5. The professional services to be rendered are as follows:
(a) Investigate debtor(s) affairs; (b) assist in representing Trustee in liquidation of debtor(s) assets or, if applicable, in litigation to recover assets of the estate; (c) to assist Trustee in evaluating and establishing claims and in distribution of estate.

6. The proposed arrangement for compensation is as follows:
Hourly rates are: $450.00 Legal and $225.00 Travel Time

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☑ None

☐ Describe connection:______________________________________________

___________________________________________________________________

___________________________________________________________________

8. To the best of the applicant's knowledge, the professional (check all that apply):

☑ does not hold an adverse interest to the estate.

☑ does not represent an adverse interest to the estate.

☑ is a disinterested person under 11 U.S.C. § 101(14).

☑ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: June 24, 2026

/s/ Joseph D. Marchand
Signature of Applicant

Joseph D. Marchand, Esquire
Name of Applicant

rev.6/1/06;jml