UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph A. McCormick, Jr. (016221977)
**MCDOWELL LAW, PC**
46 West Main Street
Maple Shade, NJ 08052
jmccormick@mcdowelllegal.com
Special Counsel for Chapter 7 Trustee

**Order Filed on November 4, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Sufiyyah Sakinah Baasit-Jeffries

Debtor.

Case No.: 26-14697-JNP
Judge: Jerrold N. Poslusny Jr.
Chapter: 7

Recommended Local Form: ■ Followed ☐ Modified

**ORDER AUTHORIZING**
**RETENTION OF SPECIAL COUNSEL FOR TRUSTEE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 4, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re: Sufiyyah Sakinah Baasit-Jeffries, Chapter 7 Debtor.

Case No.: 26-14697-JNP

Applicant: Joseph Marchand

| | | | |
|---|---|---|---|
| ■ Trustee: | ■ Chap. 7 | ❑ Chap. 11 | ❑ Chap. 13 |
| ❑ Debtor: | ❑ Chap. 11 | ❑ Chap. 13 | ❑ Interim (§303g) |

Office Committee of ____________________________________

Professional: Joseph A. McCormick, Jr., Esquire and the firm of McDowell Law, PC

❑ Attorney for:

❑ Trustee ❑ Debtor-in-Possession

❑ Official Committee of __________________________

❑ Accountant for:

❑ Trustee ❑ Debtor-in-Possession

❑ Official Committee of__________________________

■ Other Professional:

❑ Realtor ❑ Appraiser ■ Special Counsel ❑ Auctioneer

❑ Other (specify):________________________________________________
___________________________________________________________

Upon the applicant's request for authorization to retain the professional named above, It is hereby ORDERED as follows:

1. The applicant, Joseph Marchand, Trustee, is authorized to retain the professional, Joseph A. McCormick, Jr., Esquire and the firm of McDowell Law, PC to act as Special Counsel for Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.